UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

FILED'06 FEB 15 09:57 USDC-ORP

OREGON & SOUTHWEST
WASHINGTON IBEW-NECA
ELECTRICAL WORKERS AUDIT
COMMITTEE, et al.,

          Plaintiffs,

v.

CONTACT ELECTRIC &
HARDWARE, INC. et al.,

          Defendants.

No. CV04-1851-JE

OPINION AND ORDER

**MOSMAN, J.,**

On December 13, 2005, Magistrate Judge Jelderks issued Findings and Recommendation ("F&R") (#53) in the above-captioned case recommending that plaintiffs' motion for summary judgment (#26) be granted in part and denied in part. No objections were filed.

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The district court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. Where objections have been made, I conduct a *de novo* review. 28 U.S.C. § 636(b)(1)(C). However, I am not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge to which no objections are made. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United*

PAGE 1 - OPINION AND ORDER

*States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Upon review, I agree with Judge Jelderk's recommendation to GRANT IN PART and DENY IN PART plaintiffs' motion, and I ADOPT the F&R as my own opinion.

IT IS SO ORDERED.

DATED this 15th day of February, 2006.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Court